JOHN R. THORNDIKE, Respondent, *v.* THOMAS W. LUDLOW et al., Appellants, Impleaded with Others.

*Real property — title — action to determine title to real property.*

*Thorndike* v. *Ludlow*, 196 App. Div. 945, affirmed.

(Argued January 25, 1922; decided February 28, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to determine title to real property. The owner thereof, prior to her death, had conveyed it to a trustee under a certain trust agreement. By her will she devised said property to three of her children. Four years after her death the trustee conveyed the property to plaintiff. The trial court decided that the trustee's deed conveyed good title.

*Frederick C. McLaughlin* and *Charles T. Payne* for appellants.

*John L. Wells* for respondent.

*Frederick J. Stimson* for Empire Trust Company, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.